Matthew F. Archbold (CA SBN 210369)
e-mail: matthew@yourlaborlawyers.com
David D. Deason (SBN 207733)
DEASON & ARCHBOLD
3300 Irvine Avenue, Suite 245
Newport Beach, CA 92660
Telephone: (949) 794-9560
Facsimile: (949) 794-9517

Attorneys for Plaintiff

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIKE SCHULTE,<br><br>　　　　Plaintiff,<br>　vs.<br><br>COBB TUNING PRODUCTS, LLC., a Utah limited liability company doing business as "Cobb Tuning"; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No.: SACV12-02112 DOC(ANx)<br><br>**ORDER FOR DISMISSAL [19]**<br><br>[Fed.R.Civ.Proc. 41] |

　　Having reviewed the Parties Stipulation for Dismissal, the Court hereby Orders the above-captioned action dismissed in its entirety, with prejudice.

DATED: June 10, 2013

　　　　　　　　　　　　　_/s/ David O. Carter_____
　　　　　　　　　　　　　HON. DAVID O. CARTER
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

0

[PROPOSED] ORDER FOR DISMISSAL